UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 15-14001-GAO

JOHN E. UDELL,
Plaintiff,

v.

DIRECTOR, SOCIAL SECURITY OFFICE, et al.,
Defendants.

ORDER

O'TOOLE, D.J.

In an order dated June 27, 2016, the Court denied the plaintiff's motion for leave to proceed in forma pauperis and directed him to pay the $400 filing fee. The Court warned the plaintiff that failure to pay the filing fee within 35 days would result in dismissal of the action without prejudice.

The time for complying with the Court's order has expired and the plaintiff has not paid the filing fee or otherwise communicated with the Court.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee.

SO ORDERED.

    8/10/2016                              /s/ George A. O'Toole, Jr.
DATE                                       GEORGE A. O'TOOLE, JR
                                           UNITED STATES DISTRICT JUDGE